AB:ADG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

QUINCY THORPE,

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**C O M P L A I N T**

(18 U.S.C. § 659)

No. 19-M-862

EASTERN DISTRICT OF NEW YORK, SS:

   ROBERT CARASITI being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

   On or about September 23, 2019, the defendant QUINCY THORPE, knowingly did embezzle, steal, and unlawfully take, carry away and conceal, and by fraud and deception obtained from a vehicle and from an aircraft, air cargo container, air terminal, airport, aircraft terminal and air navigation facility, and intermodal container, trailer, container freight station, warehouse, and freight consolidation facility, with intent to convert to his own use goods and chattels moving as and which are part of and which constitute an interstate shipment of freight, express and other property, the aggregate value of which is equal to or greater than $1,000.

   (Title 18, United States Code, Section, 659)

   The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been a Special Agent with the FBI for five years and am presently assigned to the John F. Kennedy International Airport ("JFK Airport") Resident Agency in New York. I have been involved in the investigation of numerous cases, mostly involving terrorism. As part of those investigations, I have made arrests, interrogated subjects, collected evidence and interviewed witnesses. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and reports from, and conversations with, other law enforcement officers involved in the investigation.

2.     On or about September 24, 2019, a security company (the "Victim Security Company") transported in an armored vehicle eight bags, which contained bulk cash in United States and foreign currency, from a facility at John F. Kennedy International Airport ("JFK Airport") in Queens, New York. Employees of a separate company authorized to operate at JFK Airport brought the eight bags to a Delta Airways aircraft located at Gate C-70. They were escorted by security. There, the defendant QUINCY THORPE, an employee of Delta Ground Services ("DGS"), scanned and loaded bags into Delta Airways Flight 1225, bound for Miami, Florida ("Flight 1225"). Once Flight 1225 arrived in Miami, the Victim Security Company realized that one of the eight bags, which itself contained smaller bags, was missing (the "Stolen Bag"). According to the Victim Security Company, which had custody over the Stolen Bag, the Stolen Bag contained bulk cash of approximately $258,205 in value.

3.     Security surveillance obtained from Delta shows an individual consistent with the appearance of the defendant QUINCY THORPE scanning and loading some of the eight bags onto Flight 1225. It also shows the defendant not scanning the Stolen Bag, but instead placing it into a container attached to a vehicle. The defendant left with the vehicle. Other DGS

3

employees stated in sum and substance and in part that the defendant was responsible for loading bags onto Flight 1225. Additionally, the other seven bags, which were loaded onto the plane, were scanned by a scanner with an identification unique to the defendant.

    4.    On or about September 25 and 26, 2019, the defendant QUINCY THORPE reported to work that he would not be coming into work. On or about September 26, 2019, FBI agents went to the defendant's residence and interviewed the defendant there. The defendant stated in sum and substance and in part that he was responsible for loading bags into Flight 1225 and knew that the bags he was loading had valuables.

WHEREFORE, your deponent respectfully requests that the defendant QUINCY THORPE be dealt with according to law.

_____
ROBERT CARASITI
Special Agent
Federal Bureau of Investigation

Sworn to before me this
26th day of September, 2019

_____ S/Levy
THE HONOR
UNITED STA
EASTERN DI